**Order entered January 18, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00811-CR

**CHAZMON MONTREL BLACKSHEAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-58305-M**

## ORDER

Before the Court is appellant's January 13, 2017 motion to extend time to file appellant's brief, motion to supplement the clerk's record, and motion to supplement the court reporter's record.

We **GRANT** the motion to extent we **ORDER** Felicia Pitre, Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, a supplemental clerk's record that contains copies of the July 29, 2016 Designation of Record on Appeal and the July 29, 2016 Request for Court Reporter's Notes.

We also **GRANT** appellant's motion to the extent that we **ORDER** court reporter Belinda G. Baraka to file a supplemental reporter's record from the plea of guilty/sentencing

hearing held August 6, 2013.  If the hearing was not recorded, we **ORDER** Ms. Baraka to notify the Court in writing, within **FIFTEEN DAYS** of the date of this order, of the same.

Appellant's brief will be due **THIRTY DAYS** after the supplemental clerk's record and supplemental reporter's record are filed.

/s/     ADA BROWN
                    JUSTICE